# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY WEBB,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. MARY'S et al.,<br><br>    Defendants. | 3:17-cv-00223-RCJ-VPC<br><br>**ORDER** |

Plaintiff has attached a proposed complaint to an application to proceed in forma pauperis. The Court denies the application, as it is incomplete. Under Item 2, Plaintiff has listed $300 in gross monthly wages but has listed no employer or employer's address. Also under Item 2, Plaintiff has listed $700 in net monthly wages, which is inconsistent with $300 in gross monthly wages. Under Item 3, Plaintiff has indicated income from both "business, profession, or self-employment" and "disability, or worker's compensation payments," but has not explained the sources or amounts as instructed. Under Item 6 for "regular monthly expenses," Plaintiff has stated, "not until get moved." The Court cannot make a determination of poverty based on this application.

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Application to Proceed in Forma Pauperis (ECF No. 1) and the Motions (ECF Nos. 3, 5, 6) are DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff shall submit a complete application or pay the full filing fees within twenty-eight (28) days or the Court may dismiss without prejudice.

IT IS SO ORDERED.

DATED: This 24th day of May, 2017.

_____
ROBERT C. JONES
United States District Judge