# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY WEBB, | Case No.: 3:17-CV-00223-RCJ-VPC |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| ST. MARY'S, *et al.,* | |
| Defendants. | |

On June 24, 2017, this Court entered Order (ECF No. 9) denying Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and Motions (ECF Nos. 3, 5, 6) without prejudice. The Order directed Plaintiff to complete application or pay full filing fees within twenty-eight (28) days or the Court may dismiss without prejudice.

Plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to comply with Court Order (ECF No. 9). Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with the Court Order (ECF No. 9).

IT IS FURTHER ORDERED that Plaintiff's Motion (ECF No. 8) is DENIED AS MOOT.

///

///

ORDER OF DISMISSAL - 1

1     IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

2     IT IS SO ORDERED DATED this 7th day of December, 2017.

_____
ROBERT C. JONES

ORDER OF DISMISSAL - 2